UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
BETTA MOMENTS, :
:
Plaintiff, :
: 24-CV-5973 (JMF)
-v- :
: ORDER
MAYOR ERIC ADAMS, et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Betta Moments, a *pro se* plaintiff currently incarcerated at the Adirondack Correctional Facility, filed this Section 1983 suit against city officials on July 30, 2024. ECF No. 1. Since the date of her initial filing, she has filed notices alerting the Court that her address has changed four times. *See* ECF Nos. 11, 12, 15, 22.

      On January 21, 2025, Defendants filed a Motion to Dismiss, ECF No. 17, and the Court ordered Moments to respond to Defendants' motion by March 4, 2025, *see* ECF No. 20. The Court's Order was mailed to the Washington Correctional Facility, the address that was listed on the docket for Moments at that time. Moments did not file a response by March 4, 2025, and on April 4, 2025, the Court ordered Moments to show cause by April 11, 2025, why Defendants' motion should not be deemed unopposed. *See* ECF No. 21. That Order was mailed to the same Washington Correctional Facility address. On April 11, 2025, a Notice of Change of Address was docketed, dated April 4, 2025, stating that Moments' address had changed to Adirondack Correctional Facility. *See* ECF No. 22.

      To ensure that Moments has received and has an opportunity to respond to Defendants' motion, Defendants shall, no later than **April 21, 2025**, serve their motion and memorandum docketed at ECF Nos. 17 and 18, and the Court's orders docketed at ECF Nos. 20 and 21, on Moments at her currently listed address at the Adirondack Correctional Facility and file proof of such service on the docket. In addition, the deadline for Moments to respond to Defendants' Motion to Dismiss is hereby extended, *nunc pro tunc*, to **May 14, 2025**.

      The Clerk of Court is directed to mail this Order to the plaintiff.

      SO ORDERED.

Dated: April 16, 2025
       New York, New York
                                                      JESSE M. FURMAN
                                                      United States District Judge