UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
BETTA MOMENTS,  :
 :
 Plaintiff,  :
 :   24-CV-5973 (JMF)
-v-  :
 :   ORDER
MAYOR ERIC ADAMS, et al.,  :
 :
 Defendants.  :
 :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     The Court received Plaintiff's letter, dated April 18, 2025, *see* ECF No. 25, stating that she previously attempted to respond to Defendants' Motion to Dismiss but that her correspondence was lost. Per the Court's April 17, 2025 Order at ECF No 23, Plaintiff has until May 14, 2025 to refile her opposition. The Clerk of Court is directed to mail a copy of this Order to the Plaintiff.

     SO ORDERED.

Dated: April 25, 2025
      New York, New York

                                          JESSE M. FURMAN
                                     United States District Judge